CHIEF JUSTICE
  ROGELIO VALDEZ

JUSTICES
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

CLERK
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 5, 2015

Hon. Fela B. Olivarez
Attorney at Law
P.O. Box 3538
Pharr, TX 78502
* DELIVERED VIA E-MAIL *

Hon. Harold Kenneth Tummel
Tummel & Casso
4430 S. McColl Rd
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Marcel C. Notzon III
Attorney at Law
415 Shiloh Drive, Suite B
Laredo, TX 78045
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-14-00166-CV
Tr.Ct.No.  C-2559-12-E
Style:     Jose Marcos Montalvo, Individually and Marcos Montalvo d/b/a Montalvo
           Roofing & Construction v. Adolfo Vela, Individually and Adolfo Vela d/b/a
           Adelco Enterprises

Appellant's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of 4th day of December, 2014, the date of receipt. Appellee's motion to strike appendices to appellant's brief was this day CARRIED WITH THE CASE.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch